UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SUZANNE WIMSATT** \*  <br> Plaintiff \* <br>  \* <br> **VERSUS** \* <br>  \* <br> **NIDAL JABER** \* <br> Defendant \* <br> \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* | CIVIL ACTION NO.: 22-cv-01012 <br><br> JUDGE: GREG G. GUIDRY <br><br> MAG. JUDGE: KAREN WELLS ROBY |

### JOINT STATUS REPORT

**NOW INTO COURT**, through undersigned counsel, jointly come Plaintiff, Suzanne Wimsatt ("Plaintiff"), and Defendant, Nidal Jaber, ("Jaber" or "Defendant"), who submits this Joint Status Report in accordance with the Court's prior Scheduling Order. Rec. Doc. No. 12.

I.   Parties:

Plaintiff – Suzanne Wimsatt

    F. EVANS SCHMIDT, LA Bar #21863
    JOSEPH F. SCHREMPP, LA Bar #38396
    650 Poydras Street, Suite 2660
    New Orleans, Louisiana  70130
    Telephone: (504) 208-9040
    Facsimile:  (504) 208-9041
    Email: feschmidt@kochschmidt.com
           jschrempp@kochschmidt.com
    *Counsel for Plaintiff, Suzanne Wimsatt*

Defendant - Nidal Jaber

John O. Pieksen, Jr. (Bar # 21023)
Michael G. Bagneris (Bar # 2658)
Bagneris, Pieksen, & Associates, LLC
935 Gravier Street, Suite 2110
New Orleans LA 70112
Phone (504) 493-7990 | Fax (504) 493-7991
    Email:    pieksen@bpajustice.com
               bagneris@bpajustice.com
*Counsel for Defendant, Nidal Jaber*

II. No pending motions

III. No Status Conference scheduled; Pre-Trial Conference set for 4/12/2023 at 1:30 p.m.; Trial set for 5/8/2023 at 9:30 a.m. with Jury, to last three (3) days.

IV. **Defendant**: Defendant denies all allegations of legal wrongdoing and is investigating whether there is a valid basis for the exercise of diversity jurisdiction.

**Plaintiff**: Beginning in 2015, Plaintiff and Defendant purchased immovable property in New Orleans and jointly ran short-term rental business. Plaintiff contributed significantly more capital to the partnership than Defendant did. In April 2021, Defendant unilaterally sold the most valuable and only debt-free property to a friend of his and kept all the proceeds of the sale for himself.

The main legal issues in this matter are: (1) whether Plaintiff and Defendant had a valid partnership; (2) whether the property sold by Defendant was partnership property; (3) whether Defendant illegally converted partnership funds by keeping all of the sale proceeds for himself; and (4) whether Defendant owes Plaintiff for improperly terminating the partnership without reimbursing her for the differential in their contributions.

V. Defendant intends to issue written discovery, and take the individual deposition of Plaintiff, as well as possibly the FRCP 30(bb)(6) deposition(s) of the various entities referenced in the Complaint; and

Plaintiff intends to issue written discovery. Plaintiff further intends to take the depositions of Defendant, as well as various other fact witnesses outlined in her Initial Disclosures.

VI. No settlement negotiations to date.

**Respectfully submitted jointly,**

| | |
|---|---|
| s/ John O. Pieksen, Jr. | **KOCH & SCHMIDT, L.L.C.** |
| John O. Pieksen, Jr. (Bar # 21023) | |
| Michael G. Bagneris (Bar # 2658) | /s/ F. Evans Schmidt |
| Bagneris, Pieksen, & Associates, LLC | F. EVANS SCHMIDT, LA Bar #21863 |
| 935 Gravier Street, Suite 2110 | JOSEPH F. SCHREMPP, LA Bar #38396 |
| New Orleans LA 70112 | 650 Poydras Street, Suite 2660 |
| Phone (504) 493-7990 \| Fax (504) 493-7991 | New Orleans, Louisiana 70130 |
| Email: pieksen@bpajustice.com | Telephone: (504) 208-9040 |
| **Counsel for Defendant, Nidal Jaber** | Facsimile: (504) 208-9041 |
| | Email: feschmidt@kochschmidt.com |
| | jschrempp@kochschmidt.com |
| | **Counsel for Plaintiff, Suzanne Wimsatt** |