UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

| | | |
|---|---|---|
| **SUZANNE WIMSATT** | * | **CIVIL ACTION NO.: 22-cv-01012** |
| Plaintiff | * | |
| | * | **JUDGE: GREG G. GUIDRY** |
| **VERSUS** | * | |
| | * | **MAG. JUDGE: KAREN WELLS ROBY** |
| **NIDAL JABER** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\*

**UNOPPOSED *EX PARTE* MOTION,
WITH INCORPORATED MEMORANDUM IN SUPPORT,
<u>TO RESET TRIAL</u>**

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Nidal Jaber, ("Jaber" or "Defendant"), who, with permission and no opposition from Plaintiff, Suzanne Wimsatt, through her attorney of record, respectfully requests a resetting of the trial date, and related pre-trial dates and deadlines. The parties are actively engaged in discovery, but will need more time, due to each party's counsel's respective work schedule and other time commitments. **Again, counsel for plaintiff has been contacted and confirmed that Plaintiff does not oppose the requested resetting.** The parties thus request six (6) months additional time, with a new trial date sometime in November, 2023 or thereafter. This is the first request for a trial resetting, and no material prejudice will inure to any party if the request is granted.

        **Respectfully submitted,**
        ___s/ John O. Pieksen, Jr.___
        John O. Pieksen, Jr. (Bar # 21023)
        Michael G. Bagneris (Bar # 2658)
        Bagneris, Pieksen, & Associates, LLC
        935 Gravier Street, Suite 2110
        New Orleans LA 70112
        Phone (504) 493-7990 | Fax (504) 493-7991
        Email: pieksen@bpajustice.com
        ***Counsel for Defendant, Nadil Jaber***

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on January 30, 2023, via CM/ECF, electronic transmission and/or U.S Mail.

                                                                 ___s/ John O. Pieksen, Jr.___